# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132943(42)

_____

IN RE GABRIELLA JEANNE VALENTE, Minor.

_____

BARBARA ELLEN VALENTE and ROBERT
JOSEPH VALENTE,
      Petitioners-Appellees,

v

ROBERT WESLEY ROETMAN,
      Respondent-Appellant.

SC: 132943
COA: 272058
Kent CC
Family Division: 05-021576-AY

_____/

      On order of the Court, the motion for reconsideration of this Court's February 2, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk